IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSZELLE HOWARD,

                Plaintiff,

     v.

DIVERSIFIED COLLECTION SERVICES, INC.,

                Defendant.

NO. C12-1562 TEH

ORDER TO FILE STIPULATED DISMISSAL OR JOINT STATUS STATEMENT

On September 21, 2012, the Court's Alternative Dispute Resolution Program staff docketed a notice stating that the mediator assigned to this case had been advised that this case settled. This Court's courtroom deputy subsequently telephoned Plaintiff's counsel twice and Defendant's counsel once to inquire about dismissal papers. To date, neither counsel has responded. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that, on or before **January 14, 2013**, the parties shall file either a stipulated dismissal with a proposed order or a joint statement explaining the status of this case. If neither document is filed by that date, then this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  01/03/13

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT